

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/31/2018

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Danny Keith Clem** | ) | **CASE NO. 15-08998** |
| **SSN: XXX-XX-1606** | ) | |
| | ) | |
| **5417 Reagan Run** | ) | **CHAPTER 13** |
| **Antioch, TN 37013** | ) | |
| | ) | **JUDGE Walker** |
| Debtor(s). | ) | |

## AGREED ORDER TEMPORARILY SUSPENDING CHAPTER 13 PLAN PAYMENTS

This Matter is before the Court on Debtor's Motion to Temporarily Suspend Plan Payments.

It appearing to the Court as evidenced by the signature of Counsel for the Debtor and Chapter 13 Trustee, that an agreement between the Debtor and the Trustee allowing the temporary suspension of Chapter 13 plan payments has been reached. It is therefore:

**ORDERED,** that the Debtor's Chapter 13 plan payments be suspended for a period of three months; it is further

**ORDERED**, that the Debtor shall forward all tax refunds received subsequent to this order to the Trustee for application to the plan; it is further

**ORDERED**, that the Debtor's payment shall increase to $1448.00 bi-weekly and a base of $174,300.00; it is further

**ORDERED,** that the Chapter 13 Trustee shall refund any funds received for a period of suspension; it is further

the expiration of this temporary suspension in accordance with the confirmed Chapter 13 Plan

and should the Debtors fail to make any payment as required without further approval of this

Court, this case will be dismissed upon filing of notice by the Trustee, without further

hearing.

*This Order was signed and entered electronically as indicated at the top of the first page.*

Approved For Entry By:


*/s/ Mary Catherine Gasser*
Mary Catherine Gasser, BPR #030898
Attorney for Debtors
Gasser Law, PLLC
511 Enon Springs Road, East
Smyrna, TN 37167
(615)459-6130
fax (615)459-7727
cgasser@gasserlawoffice.com




AGREED TO:
/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2018.08.30 11:53:52 -05'00'

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.